UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY SMITH,                           )
        Plaintiff,                    )
                             )       **JUDGMENT**
        v.                            )
                             )       Case No. 5:25-CV-27-KS
FRANK J. BISIGNANO,                      )
Commissioner of Social Security,         )
        Defendant.                    )

**Decision by Court.**

This action came before court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision denying Plaintiff's application for supplemental security incomes benefits.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order.

This judgment filed and entered on March 3, 2026, with *electronic service* upon the following:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Wanda Mason**
**Joanne Kernicky**
*Counsel for Defendant*

                                                   **PETER A. MOORE, JR.**
                                                   **CLERK, U.S. DISTRICT COURT**

DATE: <u>March 3, 2026</u>                   /s/ *Shelia D. Foell*

                                                 (By): Shelia D. Foell
                                               Deputy Clerk, U.S. District Court